# CRIMINAL COVER SHEET

U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ✓          CaseNo. _____

Number of Counts __2__   Number of Defendants __3__     USAOID No. _____ By: LL

**Complaint**   Sealed: Yes ☐ No ✓   OCDETF: Yes ☐ No ✓    Notice ☐ Summons ☐ Writ ☐ Warrant ✓ to Issue

| DEFENDANT: | JOSE ANGEL RAMOS-JIMENEZ | | |
|---|---|---|---|
| Alias(es): | | Address: | |
| | | Phone: | |
| Age & DOB: 32, xx/xx/1984 | SS#: xxx-xx-xxxx | Juvenile: Yes ☐ No ✓ | Interpreter: Yes ✓ No ☐ |
| SEX: M ✓  F ☐ | RACE: Hispanic | Language/Dialect: Spanish | |

**Defendant Status:**

| ☐ Not in Custody | Type of Bond Recommended on this Charge: |
|---|---|
| Bond set at: $         Date:  Current Bond on Other Charge   Federal ☐   State ☐ | OR ☐  Cash ☐   10% ☐   Unsecured ☐ Surety ☐ Bond in Amount of: $ |
| ✓ In Jail at: USMS Holdover    Under Prisoner/Register No.: | Detention ☐ |

**Prior Proceedings or Appearance(s) Before U.S. Magistrate Judge:**

| Case No. M-16-    -BMJ | Government Motion to Detain: Yes ✓ No ☐ |
|---|---|
| Complaint: Yes ✓   No ☐ | Bond Set:                 Date: |

**Related Case Information:**

| Previous Case No. | Rule 20/Rule 5 from District of: |
|---|---|
| Additional Defendants: Yes ☐  No ☐ | Total Number of defendants: |

**Attorney Information:**

| Defense Counsel: | AUSA: David P. Petermann | |
|---|---|---|
| Address: | Phone: 405/553-8700 | Fax: 405/553-8888 |
| Phone:        Fax: | Federal Agent/Agency:  / DEA | |
| Retained ☐   CJA Panel ☐   Public Defender ☐ | Local Agent/Agency: | |

| Count(s) | USC Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distribute a Schedule II controlled substance | NLT 10 yrs., NMT Life BOP; $10,000,000.00 fine; or both; NLT 5 yrs. SR; and $100.00 SA. |
| 2 | 21 U.S.C. § 841(a)(1) | Possess with intent to distribute a Schedule II controlled substance | NLT 10 yrs., NMT Life BOP; $10,000,000.00 fine; or both; NLT 5 yrs. SR; and $100.00 SA. |

Date: 6-2-16        Signature of AUSA _David P. Petermann_

800/6-97